Peter B, Maretz (SBN 144826)
Ricardo Baca (SBN 319497)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
Peter.Maretz@jacksonlewis.com
Ricardo.Baca@jacksonlewis.com

Attorneys for Defendant
CUSHMAN & WAKEFIELD U.S., INC.

Josh D. Gruenberg (SBN 163281)
Kelli L. Sanshey (SBN 349608)
Dillon P. Fitzmorris (SBN 362884)
GRUENBERG LAW
2155 First Avenue
San Diego, CA 92101
Josh@gruenberglaw.com
Sanshey@gruenberglaw.com
fitzmorris@gruenberglaw.com

Attorneys for Plaintiff
MOLLY BARTON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MOLLY BARTON,

Plaintiffs,

v.

CUSHMAN & WAKEFIELD U.S., INC., a Delaware corporation; and DOES 1 through 25, inclusive,

Defendant.

Case No.: 3:26-cv-03388-BJC-VET

**STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. RULE 41]**

District Judge: Benjamin J. Cheeks
Magistrate Judge: Valerie E. Torres
Location/Courtroom: 3A

State Complaint filed: April 29, 2026
Case Removed: June 3, 2026
Trial Date: None Set

///

///

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff MOLLY BARTON and Defendant CUSHMAN & WAKEFIELD U.S., INC., by and through its respective undersigned counsel, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

DATED: September 21, 2026

JACKSON LEWIS P.C.

By: *s/Ricardo Baca*
Peter B. Maretz
Ricardo Baca
Attorneys for Defendant
CUSHMAN & WAKEFIELD U.S., INC

DATED: September 21, 2026

GRUENBERG LAW

By: *s/Kelli L. Sanshey*
Joshua D. Gruenberg
Kelli L. Sanshey
Dillon P. Fitzmorris
Attorneys for Plaintiff
MOLLY BARTON

4937-9798-3440, v. 1